# IN THE SUPREME COURT OF ALABAMA



## September 19, 2025

SC-2025-0344

Ex parte Jaida Lewis Allen, as personal representative of the Estate of James "Jim" Robert Lewis, deceased, and as trustee of the Lewis Family Trust, being the current, sole distributee under the Last Will and Testament of James Robert Lewis, deceased   PETITION FOR WRIT OF MANDAMUS (In re: Sara Ecklin Tuscher v. Jaida Lewis Allen) (Morgan Circuit Court: CV-23-900313).

## <u>ORDER</u>

The petition for writ of mandamus in this cause is denied.

LEWIS, J. -- Stewart, C.J., and Shaw, Wise, Bryan, Sellers, Mendheim, Cook, and McCool, JJ., concur.

**Witness my hand on September 19, 2025.**

**Clerk of Court,**
**Supreme Court of Alabama**